IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

    Plaintiff,                                        20cv1539
                                                           LEAD CASE

            v.

MASTERBUILT MANUFACTURING, LLC,

    Defendant.

---

BLAIR DOUGLASS,

    Plaintiff,                                        20cv1624
                                                           MEMBER CASE

            v.

ACER AMERICA CORPORATION,

    Defendant.
_____

BLAIR DOUGLASS,

    Plaintiff,                                        20cv1650
                                                           MEMBER CASE

            v.

CREATIVE GENIUS, LLC,

    Defendant.

BLAIR DOUGLASS,

       Plaintiff,     20cv1680
                                MEMBER CASE

       v.

WELLPET LLC,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,     20cv1681
                                MEMBER CASE

       v.

COALISION USA INC.,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,     20cv1682
                                MEMBER CASE

       v.

AMB MEDIA, LLC,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,     20cv1689
                                MEMBER CASE

       v.

NOMATIC, LLC,

       Defendant.

BLAIR DOUGLASS,

      Plaintiff,                        20cv1696
                                            MEMBER CASE

    v.

ZTE (USA) INC.,

      Defendant.

---

BLAIR DOUGLASS,

      Plaintiff,                        20cv1702
                                            MEMBER CASE

    v.

SHARP ELECTRONICS CORPORATION,

      Defendant.

---

BLAIR DOUGLASS,

      Plaintiff,                        20cv1712
                                            MEMBER CASE

    v.

ORACLE CORPORATION,

      Defendant.

---

BLAIR DOUGLASS,

      Plaintiff,                        20cv1713
                                            MEMBER CASE

    v.

PORSCHE CARS NORTH AMERICA, INC.,

      Defendant.

| | |
|---|---|
| BLAIR DOUGLASS, | |
|       Plaintiff, | 20cv1721 |
|           v. | MEMBER CASE |
| HELIX SLEEP, INC., | |
|       Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
|       Plaintiff, | 20cv1722 |
|           v. | MEMBER CASE |
| FRANKLIN/TEMPLETON DISTRIBUTORS, INC., | |
|       Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
|       Plaintiff, | 20cv1738 |
|           v. | MEMBER CASE |
| GREATS BRAND INC., | |
|       Defendant. | |

| | |
|---|---|
| BLAIR DOUGLASS, | |
|       Plaintiff, | 20cv1739 |
|           v. | MEMBER CASE |
| ADORAMA, INC., | |
|       Defendant. | |

BLAIR DOUGLASS,

        Plaintiff,        20cv1757
                                          MEMBER CASE

      v.

NEUROHACKER COLLECTIVE, LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,        20cv1758
                                          MEMBER CASE

      v.

FLEXIBLE JEWELRY LLC,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,        20cv1769
                                          MEMBER CASE

      v.

NEW VENTURE HOLDINGS, L.L.C.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,        20cv1770
                                          MEMBER CASE

      v.

ANTIQUE FARM HOUSE, INC.,

        Defendant.

BLAIR DOUGLASS,

        Plaintiff,                      20cv1782
                                                          MEMBER CASE

        v.

NATIONAL BUSINESS FURNITURE,

        Defendant.

## ORDER OF COURT

IT IS HEREBY ORDERED that the parties shall proceed as follows:

1. Civil Action Nos. 20-1624, 20-1650, 20-1680, 20-1681, 20-1682, 20-1689, 20-1696, 20-1702, 20-1712, 20-1713, 20-1721, 20-1722, 20-1738, 20-1739, 20-1757, 20-1758, 20-1769, 20-1770, and 20-1782 are hereby consolidated with **Civil Action No. 20-1539**, the lead case as captioned above.

1. All pleading, motions, and other papers hereafter filed shall be filed at **Civil Action No. 20-1539**.

2. The Clerk of Court shall **close** Civil Action Nos. 20-1624, 20-1650, 20-1680, 20-1681, 20-1682, 20-1689, 20-1696, 20-1702, 20-1712, 20-1713, 20-1721, 20-1722, 20-1738, 20-1739, 20-1757, 20-1758, 20-1769, 20-1770, and 20-1782

        **SO ORDERED** this 20th day of November, 2020.

        s/Arthur J. Schwab
        Arthur J. Schwab
        United States District Judge