IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

BLAIR DOUGLASS,

    Plaintiff,                      20cv1539
                                      LEAD CASE

       v.

MASTERBUILT MANUFACTURING, LLC,

    Defendant.

---

BLAIR DOUGLASS,

    Plaintiff,                      20cv1624
                                      MEMBER CASE

       v.

ACER AMERICA CORPORATION,

    Defendant.

---

BLAIR DOUGLASS,

    Plaintiff,                      20cv1650
                                      MEMBER CASE

       v.

CREATIVE GENIUS, LLC,

    Defendant.

-2-

BLAIR DOUGLASS,

       Plaintiff,                            20cv1680
                                                          MEMBER CASE

            v.

WELLPET LLC,

       Defendant.

BLAIR DOUGLASS,

       Plaintiff,                            20cv1681
                                                     MEMBER CASE

            v.

COALISION USA INC.,

       Defendant.

BLAIR DOUGLASS,

       Plaintiff,                            20cv1682
                                                     MEMBER CASE

            v.

AMB MEDIA, LLC,

       Defendant.

BLAIR DOUGLASS,

       Plaintiff,                            20cv1689
                                                     MEMBER CASE

            v.

NOMATIC, LLC,

       Defendant.

BLAIR DOUGLASS,

        Plaintiff,        20cv1696
                                       MEMBER CASE
        v.

ZTE (USA) INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,        20cv1702
                                       MEMBER CASE
        v.

SHARP ELECTRONICS CORPORATION,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,        20cv1712
                                       MEMBER CASE
        v.

ORACLE CORPORATION,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,        20cv1713
                                       MEMBER CASE
        v.

PORSCHE CARS NORTH AMERICA, INC.,

        Defendant.

-4-

BLAIR DOUGLASS,

        Plaintiff,                              20cv1721
                                                      MEMBER CASE

            v.

HELIX SLEEP, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              20cv1722
                                                      MEMBER CASE

            v.

FRANKLIN/TEMPLETON
DISTRIBUTORS, INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              20cv1738
                                                      MEMBER CASE

            v.

GREATS BRAND INC.,

        Defendant.

---

BLAIR DOUGLASS,

        Plaintiff,                              20cv1739
                                                      MEMBER CASE

            v.

ADORAMA, INC.,

        Defendant.

-5-

BLAIR DOUGLASS,

       Plaintiff,                           20cv1757
                                                     MEMBER CASE

          v.

NEUROHACKER COLLECTIVE, LLC,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,                           20cv1758
                                                     MEMBER CASE

          v.

FLEXIBLE JEWELRY LLC,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,                           20cv1769
                                                     MEMBER CASE

          v.

NEW VENTURE HOLDINGS, L.L.C.,

       Defendant.

---

BLAIR DOUGLASS,

       Plaintiff,                           20cv1770
                                                     MEMBER CASE

          v.

ANTIQUE FARM HOUSE, INC.,

       Defendant.

BLAIR DOUGLASS,

        Plaintiff,                                20cv1782
                                                               MEMBER CASE

        v.

NATIONAL BUSINESS FURNITURE,

        Defendant.

## **ORDER**

        Given that motions pursuant to Federal Rule of Civil Procedure 12(b) are discouraged if the pleading defect is curable by amendment, IT HEREBY IS ORDERED that the parties must meet in person and confer prior to the filing of such a motion to determine whether it can be avoided.  The duty to meet in person and confer extends to parties appearing *pro se*.  Consistent with the foregoing, **motions to dismiss must be accompanied by a certificate of the movant**, stating that the moving party has made good faith efforts to meet and confer with the nonmovant(s) to determine whether the identified pleading deficiencies properly may be cured by amendment.

        **Motions to dismiss that do not contain the required certification will be summarily denied.  Furthermore, a non-moving party's non-compliance with this Order, including a failure to timely engage in the meet-and-confer process, may result in the assessment of monetary and/or nonmonetary sanctions.  Those sanctions may include, but are not limited to, an assessment of attorney(s)' fees and costs associated with the filing of the motion to dismiss; and/or a denial of the non-movant's subsequent request for leave to amend.**

        In addition, the parties shall endeavor not to oppose motions to amend the pleadings that are filed prior to the initial Case Management Conference, or within the time set forth in the parties' Rule 26(f) Report and/or the Court's Rule 16 Case Management Order.

-7-

Finally, IT IS ORDERED that: (1) as soon as is practicable, Plaintiff(s) promptly shall serve a copy of this Order upon Defendant(s); (2) all counsel and unrepresented parties must read, know and understand the Local Rules of this Court (*see* web page at: http://www.pawd.uscourts.gov/court-info/local-rules-and-orders/local-rules); and (3) all counsel and unrepresented parties must familiarize themselves with the undersigned's Practices and Procedures (*see* web page at http://www.pawd.uscourts.gov/content/arthur-j-schwab-senior-district-judge), and they will be held responsible for complying with the same.

IT IS SO ORDERED.

SO ORDERED, this 23rd day of November, 2020.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Court Judge

cc: All ECF Counsel of Record