IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>               Plaintiff,<br><br>   v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>               Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>               Plaintiff,<br><br>   v.<br><br>PORSCHE CARS NORTH AMERICA, INC.,<br><br>               Defendant. | Member Case No. 2:20-cv-01713-AJS |

## **NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. Porsche Cars North America, Inc.*, Member Case No. 2:20-cv-01713-AJS, with prejudice, and with each party bearing his and its own costs.

Respectfully Submitted,

Dated: January 15, 2021

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
EAST END TRIAL GROUP LLC
186 42nd St., P.O. Box 40127
Pittsburgh, PA 15201
Tel. (412) 877-5220

ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

**CERTIFICATE OF SERVICE**

I hereby certify that on this day, January 15, 2021, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                                                    Respectfully Submitted,

Dated: January 15, 2021　　　　　　　　*/s/ Kevin W. Tucker*
                                            Kevin W. Tucker (He/Him/His)
                                            Pa. No. 312144
                                            EAST END TRIAL GROUP LLC
                                            186 42nd St., P.O. Box 40127
                                            Pittsburgh, PA 15201
                                            Tel. (412) 877-5220
                                            ktucker@eastendtrialgroup.com