IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>                Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>ACER AMERICA CORPORATION,<br><br>                Defendant. | Member Case No. 2:20-cv-01624-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Acer America Corporation have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Acer America Corporation*, Member Case No. 2:20-cv-01624-AJS. Plaintiff anticipates filing a Notice of Dismissal With Prejudice within thirty (30) days of this notice.

                                                Respectfully Submitted,

Dated: February 5, 2021            */s/ Kevin W. Tucker*
                                                Kevin W. Tucker (He/Him/His)
                                                Pa. No. 312144
                                                Kevin J. Abramowicz

Pa. No. 320659
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, February 5, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: February 5, 2021

*/s/ Kevin W. Tucker*

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com