### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>               Plaintiff,<br><br>   v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>               Defendant. | Lead Case No. 2:20-cv-01539-AJS |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Masterbuilt Manufacturing, LLC have reached an agreement in principle that will resolve the claims alleged in the lead case, *Douglass v. Masterbuilt Manufacturing, LLC*, Lead Case No. 2:20-cv-01539-AJS.

                                                                           Respectfully Submitted,

Dated: February 18, 2021                      */s/ Kevin W. Tucker*
                                                        Kevin W. Tucker (He/Him/His)
                                                         Pa. No. 312144
                                                        Kevin J. Abramowicz
                                                         Pa. No. 320659
                                                         EAST END TRIAL GROUP LLC
                                                         6901 Lynn Way, Suite 215
                                                         Pittsburgh, PA 15208
                                                         Tel. (412) 877-5220
                                                         ktucker@eastendtrialgroup.com
                                                         kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, February 18, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: February 18, 2021

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com