IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>            Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>            Plaintiff,<br><br>    v.<br><br>HELIX SLEEP, INC.,<br><br>            Defendant. | Member Case No. 2:20-cv-01721-AJS |

### NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Helix Sleep, Inc. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Helix Sleep, Inc.*, Member Case No. 2:20-cv-01721-AJS. Plaintiff anticipates filing a Notice of Dismissal With Prejudice within thirty (30) days of this notice.

                                        Respectfully Submitted,

Dated: February 23, 2021            */s/ Kevin W. Tucker*
                                        Kevin W. Tucker (He/Him/His)
                                        Pa. No. 312144
                                        Kevin J. Abramowicz
                                        Pa. No. 320659
                                        EAST END TRIAL GROUP LLC

                                                6901 Lynn Way, Suite 215
                                                Pittsburgh, PA 15208
                                                Tel. (412) 877-5220
                                                ktucker@eastendtrialgroup.com
                                                kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, February 23, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                                        Respectfully Submitted,

Dated: February 23, 2021                  */s/ Kevin W. Tucker*
                                              Kevin W. Tucker (He/Him/His)
                                              Pa. No. 312144
                                              EAST END TRIAL GROUP LLC
                                              6901 Lynn Way, Suite 215
                                              Pittsburgh, PA 15208
                                              Tel. (412) 877-5220
                                              ktucker@eastendtrialgroup.com