IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>　　　　　　Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>ORACLE CORPORATION,<br><br>　　　　　　Defendant. | Member Case No. 2:20-cv-01712-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Oracle Corporation have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Oracle Corporation*, Member Case No. 2:20-cv-01712-AJS.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: March 3, 2021　　　　　　　*/s/ Kevin W. Tucker*
　　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　　Pa. No. 320659
　　　　　　　　　　　　　　　　　EAST END TRIAL GROUP LLC
　　　　　　　　　　　　　　　　　6901 Lynn Way, Suite 215
　　　　　　　　　　　　　　　　　Pittsburgh, PA 15208

Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 3, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                                                Respectfully Submitted,

Dated: March 3, 2021                     */s/ Kevin W. Tucker*
                                                Kevin W. Tucker (He/Him/His)
                                                Pa. No. 312144
                                                EAST END TRIAL GROUP LLC
                                                6901 Lynn Way, Suite 215
                                                Pittsburgh, PA 15208
                                                Tel. (412) 877-5220
                                                ktucker@eastendtrialgroup.com