IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                    Plaintiff,<br><br>     v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>                    Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>                    Plaintiff,<br><br>     v.<br><br>NEUROHACKER COLLECTIVE, LLC,<br><br>                    Defendant. | Member Case No. 2:20-cv-01757-AJS |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. Neurohacker Collective, LLC*, Member Case No. 2:20-cv-01757-AJS, with prejudice, and with each party bearing his and its own costs.

Respectfully Submitted,

Dated: March 8, 2021

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220

ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 8, 2021, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                                                    Respectfully Submitted,

Dated: March 8, 2021                   */s/ Kevin W. Tucker*

                                          Kevin W. Tucker (He/Him/His)
                                          Pa. No. 312144
                                          EAST END TRIAL GROUP LLC
                                          6901 Lynn Way, Suite 215
                                          Pittsburgh, PA 15208
                                          Tel. (412) 877-5220
                                          ktucker@eastendtrialgroup.com