### IN THE UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>　　　　Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>NATIONAL BUSINESS FURNITURE, LLC,<br><br>　　　　Defendant. | Member Case No. 2:20-cv-01782-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant National Business

Furniture, LLC have reached an agreement in principle that will resolve the claims alleged in the

member case, *Douglass v. National Business Furniture, LLC*, Member Case No. 2:20-cv-01782-

AJS.

　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated: March 10, 2021　　　　　　　　*/s/ Kevin W. Tucker*

　　　　　　　　　　　　　　　　Kevin W. Tucker (He/Him/His)
　　　　　　　　　　　　　　　　Pa. No. 312144
　　　　　　　　　　　　　　　　Kevin J. Abramowicz
　　　　　　　　　　　　　　　　Pa. No. 320659
　　　　　　　　　　　　　　　　EAST END TRIAL GROUP LLC
　　　　　　　　　　　　　　　　6901 Lynn Way, Suite 215

Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this day, March 10, 2021, a true and correct copy of the foregoing

Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all

counsel of record.

Respectfully Submitted,

Dated: March 10, 2021

*/s/ Kevin W. Tucker*

Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com