IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                  Plaintiff,<br><br>   v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>                  Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>                  Plaintiff,<br><br>   v.<br><br>WELLPET LLC,<br><br>                  Defendant. | Member Case No. 2:20-cv-01680-AJS |

**NOTICE OF SETTLEMENT**

      PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant WellPet LLC have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. WellPett LLC*, Member Case No. 2:20-cv-01680-AJS. Plaintiff anticipates filing a Notice of Dismissal With Prejudice within thirty (30) days of this notice.

      Respectfully Submitted,

Dated: March 12, 2021

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
Kevin J. Abramowicz
Pa. No. 320659
EAST END TRIAL GROUP LLC

6901 Lynn Way, Suite 215  
Pittsburgh, PA 15208  
Tel. (412) 877-5220  
ktucker@eastendtrialgroup.com  
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 12, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: March 12, 2021

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com