IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>                Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>FRANKLIN/TEMPLETON DISTRIBUTORS, INC.,<br><br>                Defendant. | Member Case No. 2:20-cv-01722-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Franklin/Templeton Distributors, Inc. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Franklin/Templeton Distributors, Inc.*, Member Case No. 2:20-cv-01722-AJS.

                                                                                       Respectfully Submitted,

Dated: March 12, 2021                         */s/ Kevin W. Tucker*
                                                            Kevin W. Tucker (He/Him/His)
                                                            Pa. No. 312144
                                                           Kevin J. Abramowicz
                                                           Pa. No. 320659
                                                           EAST END TRIAL GROUP LLC

6901 Lynn Way, Suite 215<br>
Pittsburgh, PA 15208<br>
Tel. (412) 877-5220<br>
ktucker@eastendtrialgroup.com<br>
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 12, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: March 12, 2021

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com