IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                    Plaintiff,<br><br>  v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>                    Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>                    Plaintiff,<br><br>  v.<br><br>ZTE (USA) INC.,<br><br>                    Defendant. | Member Case No. 2:20-cv-01696-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant ZTE (USA) Inc. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. ZTE (USA) Inc.*, Member Case No. 2:20-cv-01696-AJS. The parties anticipate filing a Joint Stipulation of Dismissal and Proposed Order within thirty (30) days of this notice

                                      Respectfully Submitted,

Dated: March 15, 2021                     */s/ Kevin W. Tucker*

                                                   Kevin W. Tucker (He/Him/His)
                                                   Pa. No. 312144
                                                   Kevin J. Abramowicz
                                                   Pa. No. 320659
                                                   EAST END TRIAL GROUP LLC
                                                   6901 Lynn Way, Suite 215

Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on this day, March 15, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: March 15, 2021

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com