IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>                Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>   v.<br><br>NEW VENTURE HOLDINGS, L.L.C.,<br><br>                Defendant. | Member Case No. 2:20-cv-01769-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant New Venture Holdings, L.L.C. have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. New Venture Holdings, L.L.C.*, Member Case No. 2:20-cv-01769-AJS. The parties anticipate filing a Joint Stipulation of Dismissal and Proposed Order within thirty (30) days of this notice

                                              Respectfully Submitted,

Dated: March 15, 2021                 */s/ Kevin W. Tucker*
                                                Kevin W. Tucker (He/Him/His)
                                                Pa. No. 312144
                                                Kevin J. Abramowicz
                                                Pa. No. 320659

                                          EAST END TRIAL GROUP LLC  
                                          6901 Lynn Way, Suite 215  
                                          Pittsburgh, PA 15208  
                                          Tel. (412) 877-5220  
                                          ktucker@eastendtrialgroup.com  
                                          kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 15, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                                          Respectfully Submitted,

Dated: March 15, 2021                   */s/ Kevin W. Tucker*
                                        Kevin W. Tucker (He/Him/His)
                                          Pa. No. 312144
                                          EAST END TRIAL GROUP LLC
                                          6901 Lynn Way, Suite 215
                                          Pittsburgh, PA 15208
                                          Tel. (412) 877-5220
                                          ktucker@eastendtrialgroup.com