IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>    v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>                Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>    v.<br><br>AMB MEDIA LLC,<br><br>                Defendant. | Member Case No. 2:20-cv-01682-AJS |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant AMB Media LLC have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. AMB Media LLC*, Member Case No. 2:20-cv-01682-AJS. Plaintiff anticipates filing a Notice of Dismissal With Prejudice within thirty (30) days of this notice.

                Respectfully Submitted,

Dated: March 25, 2021        */s/ Kevin W. Tucker*

                Kevin W. Tucker (He/Him/His)
                Pa. No. 312144
                Kevin J. Abramowicz
                Pa. No. 320659
                EAST END TRIAL GROUP LLC

6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 25, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: March 25, 2021

*/s/ Kevin W. Tucker*
Kevin W. Tucker (He/Him/His)
Pa. No. 312144
EAST END TRIAL GROUP LLC
6901 Lynn Way, Suite 215
Pittsburgh, PA 15208
Tel. (412) 877-5220
ktucker@eastendtrialgroup.com