# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>                Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>                Plaintiff,<br><br>  v.<br><br>COALISION USA, INC.,<br><br>                Defendant. | Member Case No. 2:20-cv-01681-AJS |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Blair Douglass voluntarily dismisses all claims alleged in the member case, *Douglass v. Coalision USA, Inc.*, Member Case No. 2:20-cv-01681-AJS, without prejudice, and with each party bearing his and its own costs.

                                              Respectfully Submitted,

| | |
|---|---|
| Dated: March 26, 2021 | */s/ Kevin W. Tucker*<br>Kevin W. Tucker (He/Him/His)<br>Pa. No. 312144<br>Kevin J. Abramowicz<br>Pa. No. 320659<br>EAST END TRIAL GROUP LLC<br>6901 Lynn Way, Suite 215<br>Pittsburgh, PA 15208<br>Tel. (412) 877-5220 |

ktucker@eastendtrialgroup.com
kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 26, 2021, a true and correct copy of the foregoing document was filed on the Court's CM/ECF system and will be served upon all counsel of record.

Respectfully Submitted,

Dated: March 26, 2021                              */s/ Kevin W. Tucker*
                                                                    Kevin W. Tucker (He/Him/His)
                                                                    Pa. No. 312144
                                                                    EAST END TRIAL GROUP LLC
                                                                    6901 Lynn Way, Suite 215
                                                                    Pittsburgh, PA 15208
                                                                    Tel. (412) 877-5220
                                                                    ktucker@eastendtrialgroup.com