IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BLAIR DOUGLASS,<br><br>               Plaintiff,<br><br>   v.<br><br>MASTERBUILT MANUFACTURING, LLC,<br><br>               Defendant. | Lead Case No. 2:20-cv-01539-AJS |
| BLAIR DOUGLASS,<br><br>               Plaintiff,<br><br>   v.<br><br>CREATIVE GENIUS, LLC,<br><br>               Defendant. | Member Case No. 2:20-cv-01650-AJS |

## **NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Plaintiff Blair Douglass and Defendant Creative Genius, LLC have reached an agreement in principle that will resolve the claims alleged in the member case, *Douglass v. Creative Genius, LLC*, Member Case No. 2:20-cv-01650-AJS. Plaintiff anticipates filing a Notice of Dismissal With Prejudice within thirty (30) days of this notice.

                                                              Respectfully Submitted,

Dated: March 26, 2021                */s/ Kevin W. Tucker*

                                                   Kevin W. Tucker (He/Him/His)
                                                   Pa. No. 312144
                                                   Kevin J. Abramowicz
                                                   Pa. No. 320659
                                                   EAST END TRIAL GROUP LLC
                                                   6901 Lynn Way, Suite 215

                    Pittsburgh, PA 15208
                    Tel. (412) 877-5220
                    ktucker@eastendtrialgroup.com
                    kabramowicz@eastendtrialgroup.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, March 26, 2021, a true and correct copy of the foregoing Notice of Settlement was filed on the Court's CM/ECF system and will be served upon all counsel of record.

                                        Respectfully Submitted,

Dated: March 26, 2021                    */s/ Kevin W. Tucker*

                                              Kevin W. Tucker (He/Him/His)
                                              Pa. No. 312144
                                              EAST END TRIAL GROUP LLC
                                              6901 Lynn Way, Suite 215
                                              Pittsburgh, PA 15208
                                              Tel. (412) 877-5220
                                              ktucker@eastendtrialgroup.com